IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00407-WYD-KLM

BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,

    Plaintiff,

v.

C&M ENTERPRIZES, INC, a Utah corporation;
C&M TIRES, INC, a Utah corporation;
CRAIG T. PARKINSON; and
MERRY S. PARKINSON,

    Defendants.

---

**ORDER**

---

On February 25, 2009, Plaintiff filed a Verified Complaint and Demand for Injunctive Relief and Motion for Preliminary Injunction [#'s 1 & 2]. Upon review of the file in this matter, it is hereby

ORDERED that a hearing on the Motion for Preliminary Injunction shall take place on **Tuesday, April 14, 2009, at 2:30 p.m., at 901 19th Street, Courtroom A1002, Denver, Colorado**. It is

FURTHER ORDERED that service of all pleadings in this case (including this Order) shall be accomplished no later than **Friday, March 20, 2009**. Defendants shall file a response to the Motion for Preliminary Injunction within ten (10) business days of service.

Dated: March 2, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge