## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  April 14, 2009 |
| E.C.R./Reporter:  Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **09-cv-00407-WYD-KLM** | Counsel: |
| **BIG O TIRES, L.L.C.**, | Harold P. Bruno, III |
| Plaintiff, | |
| v. | |
| **C&M ENTERPRIZES, INC., et al.**, | No Appearance |
| Defendants. | |

### COURTROOM MINUTES

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**3:10 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion for Preliminary Injunction [doc. #2], filed February 25, 2009, is raised for argument.

3:11 p.m.   Argument and offer of proof by Plaintiff (Mr. Bruno).

**ORDERED:**   Plaintiff's Motion for Preliminary Injunction [doc. #2], filed February 25, 2009, is **GRANTED.**

**ORDERED:**   Mr. Bruno shall submit a revised form of order.

**3:33 p.m.**     Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:     ORIGINAL EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   0:23**