IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00407-WYD-KLM

BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a
Colorado corporation,

      Plaintiff,

v.

C&M ENTERPRIZES, INC, a Utah corporation;
C&M TIRES, INC, a Utah corporation;
CRAIG T. PARKINSON; and
MERRY S. PARKINSON,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Motion to Withdraw Without Prejudice Motion for Order to Show Cause
Why Corporate Defendants Should Not Be Held In Contempt of Court and Vacate July
18, 2009 Hearing, filed August 13, 2009 [#37] is **GRANTED**.  The hearing set for July
18, 2009, at 11:00 a.m. is **VACATED**, and the Motion for Order to Show Cause Why
Corporate Defendants Should Not Be Held In Contempt of Court, filed July 15, 2009
[#32] is **WITHDRAWN**.

      Dated:  August 13, 2009.